In the Matter of the Claim of MAY LA FLAIR, as Committee on Behalf of JOSEPH REVIER, Respondent, against TURNER CONSTRUCTION COMPANY, Appellant, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD,

---

* Pers. Prop. Law, § 44.— [REP.

Respondent.— Motion to amend order granted, and order amended so as to read as follows: " with one bill of costs to be divided by the claimant and the State Industrial Board, and also taxable disbursements incurred by the claimant and the State Industrial Board." Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.